IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 09-07641(EAG) |
|---|---|
| WILLIAM A RIVERA ORTIZ<br>WANDA L GOMEZ RAMOS<br>DEBTORS | CHAPTER 13 |

MOTION TO WITHDRAW "MOTION FOR DISMISSAL"

TO THE HONORABLE COURT:

**NOW COMES** Banco Popular de Puerto Rico, (BPPR), as service agent for Popular Mortgage Inc., through counsel, and most respectfully **STATES** and **PRAYS**:

1. On January 18, 2013, appearing party filed "Motion for Dismissal" because Debtors were 3 payments in arrears at the time.

2. Thereafter debtors cured arrears.

3. Accordingly, appearing party withdraws its Motion for Dismissal.

**WHEREFORE**, it is respectfully requested that this motion be granted, with such further relief as is deem appropriate under the circumstances.

Wallace Vázquez Sanabria
Counselor at Law
17 México Street, Suite D-1
San Juan, Puerto Rico 00917-2202
Phone (787) 756-5730, Fax (787) 764-0340
E-mail: walvaz@prtc.net

*I CERTIFY*, that on this same date, I electronically filed the foregoing with the Clerk of this Court via CM/ECF system, which will electronically send notification of such filing to the following to: **Ms. Madeline Soto Pacheco; Mr. Alejandro Oliveras Rivera;** and **Ms. Monsita Lecaroz Arribas.**

In San Juan, Puerto Rico, this ⁀\ day of February, 2013.

*Wallace Vazquez Sanabria-125101*
*17 Mexico St., Suite D-1*
*San Juan, PR 00917-2202*
*Tel: 787-756-5730*
*Fax: 787-764-0340*
*Email: walvaz@prtc.net*

Wallace Vázquez Sanabria
Counselor at Law
17 México Street, Suite D-1
San Juan, Puerto Rico 00917-2202
Phone (787) 756-5730, Fax (787) 764-0340
E-mail: walvaz@prtc.net