IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | |
|---|---|
| WILLIAM A RIVERA ORTIZ | CASE NO. 09-07641 EAG |
| WANDA L GOMEZ RAMOS | Chapter 13 |
| XXX-XX-7374 | |
| XXX-XX-0304 | |
| | **FILED & ENTERED ON 02/26/2013** |
| Debtor(s) | |

### ORDER GRANTING WITHDRAWAL OF MOTION

Banco Popular de Puerto Rico's motion withdrawing (docket #45):

    [X] the motion to dismiss (docket #40)
    [ ] the objection to claim #   filed by
    [ ] the motion to lift stay
    [ ] the legal representation of

is hereby granted.

IT IS SO ORDERED.

In Ponce, Puerto Rico, this 26th day of February, 2013.

*[signature]*
Edward A Godoy
U. S. Bankruptcy Judge

C: DEBTORS
    MADELINE SOTO PACHECO
    ALEJANDRO OLIVERAS RIVERA
    BPPR